**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

LUIS CAIZA JACOME,

Petitioner,

v. No. 1:26-cv-00276-WJ-JHR

GEORGE DEDOS, Warden of Torrence County
Detention Center;
TODD BLANCHE, Attorney General of the United States;
DAVID VENTURELLA, Director of U.S. Immigration
and Customs Enforcement;
MARKWAYNE MULLIN, Secretary, United States Department of
Homeland Security,

Respondents.

**JUDGMENT AND ORDER CLOSING CASE**

**THIS MATTER is** before the Court under Fed. R. Civ. P. 58, upon the Petition for Writ of Habeas Corpus, **[Doc. 1]**, the Court having granted a writ of habeas corpus directing that Petitioner be granted a bond hearing or released from custody **[Doc. 11]**, Respondents having filed notices that a bond hearing was held in compliance with the Court's order **[Doc. 12, 14]** and there being no further habeas corpus relief that can be granted,

**IT IS ORDERED, ADJUDGED, and DECREED** that all habeas corpus claims have been concluded and the Clerk of Court is directed to **CLOSE** this case.

/s/
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE